David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 818-507-6000 * Fax: 818-507-6800
Email: davidtilem@tilemlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **GRECIAL LEAL,** | Case No. **15-CV06182-CBM-E** |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS TO ACTION WITH PREJUDICE** |
| **SYNCHRONY BANK,** | |
| Defendant. | |

**TO THE HONORABLE CONSUELO MARSHALL UNITED STATES DISTRICT COURT JUDGE:**

This Stipulation ("Stipulation") is entered into by and between Grecial Leal ("Leal") and Synchrony Bank ("Bank") with respect to the following:

**RECITALS**

1. On August 14, 2015, Leal filed a complaint for violations of the Fair Debt Collection Practices Act, Rosenthal Fair Debt Collection Practices Act and Telephone Consumer Protection Act.

2. On or about October 24, 2015, Leal and the Bank entered into a settlement resolving their dispute which has now been

consummated.

**STIPULATION**

Plaintiff Grecia Leal and Defendant Synchrony Bank, by their respective counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that the case in its entirety must be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED**

Dated: December 28, 2015          LAW OFFICES OF DAVID A. TILEM

                                  By: _____
                                      Attorneys for Plaintiff,
                                      Grecial Leal

Dated: December 28, 2015          REED SMITH LLP

                                  By: _____
                                      Judith T. Sethna
                                      Attorneys for Defendant
                                      Synchrony Bank

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206.

   On December 29, 2015, I served the foregoing document described as:

**STIPULATION TO DISMISS TO ACTION WITH PREJUDICE**

on the interested parties in this action by placing a true copy thereof addressed as follows:

[ ]   **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Glendale, California.

[ ]   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the office or residence of the addressee as shown.

[ ]   **(BY FACSIMILE TRANSMISSION)** I caused such document to be sent by facsimile transmission to the following telephone numbers:( see attached list) and received confirmation.

[X]   **(ELECTRONIC MAIL VIA CMC/ECF)** By transmitting the document by electronic mail to the electronic mail address as stated on the service list:

- Judith Sethna jsethna@reedsmith.com,SMartinez@ReedSmith.com
- David A Tilem davidtilem@tilemlaw.com ,malissamurguia@tilemlaw.com, dlevin@uprightlaw.com

   Executed on December 29, 2015, at Glendale, California.

[X]   **(State)**  I declare that under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Malissa Murguia* _____
Malissa Murguia